Frank M. Weyer, Esq. (State Bar No. 127011)
**TECHCOASTLAW®**
2032 Whitley Ave.
Los Angeles CA 90068
Telephone:   (310) 494-6616
Facsimile:   (310) 494-9089
fweyer@techcoastlaw.com

Attorney for Plaintiff
EveryMD.com LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERYMD.COM LLC, a California Limited Liability Company,<br><br>              Plaintiff,<br><br>       v.<br><br>FACEBOOK INC., a Delaware Corporation,<br><br>              Defendant. | Civil Action No. 2:16-cv-06473<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff EVERYMD.COM LLC ("Plaintiff" or "EveryMD"), and on information and belief alleges as follows:

## JURISDICTION AND VENUE

1.This is an action for patent infringement under 35 U.S.C. §§ 271 et. seq. and 28 U.S.C. §§ 1331 and 1338(a).

2.The acts of patent infringement alleged herein occurred within this judicial district, Plaintiff resides in this district, and Defendant FACEBOOK INC.

-1-Complaint

("Defendant" or "Facebook") is subject to personal jurisdiction in this district. Therefore, venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b).

## PARTIES

3. Plaintiff is a California Limited Liability Company with a place of business at 2032 Whitley Ave., Los Angeles, CA 90068.

4. Defendant is a Delaware Corporation with a place of business at 1 Hacker Way, Menlo Park, CA 94025.

## THE EVERYMD PATENTS

5. Plaintiff owns the website www.everymd.com.

6. Plaintiff's website at www.everymd.com has since 2001 provided individual home pages for over 300,000 doctors and electronic messaging services allowing patients to communicate with those 300,000 doctors.

7. Plaintiff's principals Frank Weyer and Troy Javaher (collectively, "the EveryMD inventors") invented numerous novel technologies and inventions during development of the www.everymd.com website.

8. On November 23, 1999, the EveryMD inventors filed U.S. Patent Application Serial No. 09/447,755 entitled "Method Apparatus and Business System for Online Communications with Online and Offline Recipients" disclosing the inventions made by the EveryMD inventors while developing the www.everymd.com website.

9. To date, five separate patents covering four separate inventions have issued from the patent application originally filed in November 1999. Those patents (collectively, the "EveryMD Patents") are U.S. Patent Nos. 6,671,714 (issued December 30, 2003), 7,644,122 (issued January 5, 2010), 8,499,047 (issued July 30, 2013), 8,504,631 (issued August 6, 2013) and 9,137,192 (issued September 15, 2015).

10. Plaintiff is the assignee of record of the EveryMD patents.

11. Plaintiff has provided constructive notice of the EveryMD patents by marking the patent numbers of the EveryMD patents on Plaintiff's website at www.everymd.com.

## FIRST CAUSE OF ACTION
## INFRINGEMENT OF U.S. PATENT NO. 9,137,192

12. Plaintiff incorporates by reference paragraphs 1–11 as though fully set forth herein.

13. Plaintiff is the assignee of record of U.S. Patent No. 9,137,192 entitled "Method and Apparatus for Generating Web Pages for Members" ("the '192 patent"). A copy of the '192 patent is attached as Exhibit 1.

14. The '192 patent is valid and in full force and effect.

15. The claims of the '192 patent expressly include the limitations that distinguish over the prior art that the Federal Circuit held were missing from the claims of U.S. Patent No. 7,644,122 ("the '122 patent") under the "broadest reasonable interpretation" standard applicable during Patent Office reexamination of the '122 patent.

16. The '192 patent issued on September 15, 2015.

17. On September 25, 2015, Plaintiff's attorney sent Facebook a letter giving Facebook actual notice of Facebook's infringement of the '192 patent. A copy of that notice letter is attached as Exhibit 2. According to the records of the U.S. Postal Service, the letter was delivered to Facebook on September 28, 2015.

18. Plaintiff's notice letter to Facebook included a copy of the '192 patent and a claim chart showing an example of how Facebook has infringed claim 1 of the '192 patent. A copy of that claim chart is attached as Exhibit 3.

19. Defendant Facebook has directly infringed the '192 patent by practicing the claimed invention of the '192 patent without authorization of Plaintiff. An example of how Facebook has infringed claim 1 of the '192 patent is shown in the claim chart attached as Exhibit 3.

20. Facebook received actual notice of Plaintiff's patent rights in the '192 patent at least as early as September 28, 2015, but has continued to act in conscious and willful disregard of those rights after receiving such actual notice.

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff asks this Court to:

a. Enter judgment for Plaintiff against Defendant on each count of this Complaint;

b. Award compensatory damages to Plaintiff and to increase those damages three times in accordance with 35 U.S.C. § 284;

c. Award Plaintiff reasonable attorneys' fees in accordance with 35 U.S.C. § 285;

d. Award Plaintiff interest and costs; and

e. Award Plaintiff such other and further relief as is just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable.

Respectfully submitted,
**TECHCOASTLAW®**

Dated: August 29, 2016     By: _____
Frank M. Weyer (State Bar No. 127011)
2032 Whitley Ave.
Los Angeles, CA 90068
(310) 494-6616
Fax (310) 494-9089
fweyer@techcoastlaw.com
Attorney for Plaintiff
EVERYMD.COM LLC