| Attorney or Party Without Attorney | For Court Use Only |
|---|---|
| Telephone No.:<br>Attorney For: | Ref. No. or File No.: |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the:

3.  a.  Person Served:
    b.  Party Served:

4.  Address where the party was served:

5.  I served the party:
    by **personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on:            (2) at:            .

6.  **Person who served papers:**                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a.                                                               d.  **The fee** for service was:
    b.                                                               e.  I am: (3) Registered California process server:
                                                                          (i)
                                                                          (ii)  Registration No.:
    c.                                                                    (iii)  County:

7.  **I declare** under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

    Date:

**PROOF OF SERVICE**