UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-06473-AB (JEMx) | Date: | February 6, 2017 |

Title: *EveryMD.com LLC v. Facebook Inc.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Ingrid Valdes | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Frank M Weyer | Mark R Weinstein |
| | Lam K Nguyen |

**Proceedings:** DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [24]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.